UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL BUTLER,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.   2:21-cv-01697-JDP (SS)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>ECF No. 2 |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, however his application does not indicate the amount of his income. ECF No. 2. Instead, plaintiff simply asserts that he receives disability every month. *Id.* at 1. Without an amount to attach to that source of income the court is unable to evaluate plaintiff's motion. Plaintiff may correct his application by providing the amount of his income from disability and refile. Therefore, plaintiff's motion is denied without prejudice. ECF No. 2.

IT IS SO ORDERED.

Dated:   September 21, 2021                        _____
                                                                     JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE

2